IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Jan 9, 2008
JAN - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DIEP X. HOANG,<br><br>        Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br>KATHERINE GREEN, KENNETH A. WILSON,<br>MAURIZIO ACQUASALIENTE,<br>STEPHEN MONTGOMERY, ZHENKUN MA,<br>LY TAM PHAN, SUOMING ZHANG,<br>STEVAN W. DJURIC, YAT SUN OR,<br>SANJAY CHEMBURKAR<br><br>        Defendants. | No.:<br><br>08CV189<br>JUDGE KENNELLY<br>MAG. JUDGE ASHMAN<br><br>Jury Trial Demanded |

## PLAINTIFF'S INVENTIONS COMPLAINT

Plaintiff Diep X. Hoang, for her Complaint against the Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar alleges as follows:

1. US Patent No. 6,667,338 titled "9-amino Erythromycin Derivatives with Antibacterial Activity" issued on December 23, 2003 with Zhenkun Ma, Ly Tam Phan, Suoming Zhang, and Stevan W. Djuric incorrectly listed as the joint inventors because it claims Diep Hoang's ideas.

2. Preparation of Lopinavir Crystal Form IV in US Patents No. 6,608,198 and US 6,864,369 titled "Crystalline Pharmaceutical" issued on August 19, 2003 and March 8, 2005 was clearly obvious because preparation of crystal form IV does not need seedling.

3. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

4. Diep Hoang's ideas on ABT-773 was taken and presented by Yat Sun Or on 39th ICAAC in 1999 at San Francisco, California and later ABT-773 was licensed and developed by Advanced Life Sciences without crediting Diep Hoang as the inventor. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

5. Maurizio Acquasaliente had worked on plaintiff's Erythromycin 9-oxime crystal forms inventions and won Scientist of the Year Award with stocks awarded. The process is being developed in Puerto Rico. Erythromycin 9-oxime crystal forms inventions should be patented and published due to Diep Hoang's reputational interest.

6. Stephen Montgomery nominated Clarithromycin group to win President's Award based on plaintiff's ideas and inventions. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

7. Someone gave out Diep Hoang's ideas using phosphates/phosphates as protecting groups to Theodora W. Greene and Peter G. M. Wuts in which Theodora W. Greene and Peter G. M. Wuts included these phosphates/phosphates ideas in 1999 in their book titled "Protective Groups in Organic Synthesis". This is unjust enrichment.

8. Stephen Montgomery wrote plaintiff's performance evaluation prohibiting plaintiff from working on plaintiff's ideas and inventions. This is a breach of employment contract. Therefore, Diep Hoang could not work on ideas and inventions for patents and publications. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

9. Katherine Green, Kenneth A. Wilson, and Maurizio Acquasaliente imprisoned plaintiff in Maurizio Acquasaliente's office three times and forced plaintiff to give up all of plaintiff's ideas and inventions while prohibiting plaintiff from working on plaintiff's inventions. This is a breach of employment contract. Therefore, Diep Hoang could not work on ideas and inventions for patents and publications. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

WHEREFORE, Plaintiff respectfully requests the damages Diep Hoang has suffered and such other relief as this Court deems equitable and proper.

Diep X. Hoang demands a trial by jury on all issues so triable.

Dated: January 09, 2008

Respectfully submitted,

s/ Diep X. Hoang
Diep X. Hoang
Plaintiff *pro se*
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208