08CV189
JUDGE KENNELLY
MAG. JUDGE ASHMAN

**FILED**
J.N
JAN X 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRO SE LITIGANTS
HERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: DIEP X. HOANG
(Please print)

STREET ADDRESS: 2454 W. Gunnison Street

CITY/STATE/ZIP: Chicago, Illinois 60625

PHONE NUMBER: 773-878-1208

CASE NUMBER: _____

_Diep Hoang_          Jan. 9, 2008
Signature                 Date