UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) **DIEP X. HOANG J.N**

v.

Defendant(s) **ABBOTT LABORATORIES**

Case Nu **08CV189**
JUDGE KENNELLY
MAG. JUDGE ASHMAN

FILED
JAN X 9 2008
JAN 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **DIEP X. HOANG**, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]:

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

**Jan 9, 2008**
Date

**2454 W. Gunnison St.**
Street Address

**Chicago, IL 60625**
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | Judge Ronald A. Guzman |
| Case Number: | 03 CV 2910 |
| Case Title: | DIEP X. HOANG vs. ABBOTT LABORATORIES et al |
| Appointed Attorney's Name: | Gregory H. Andrews |
| If this case is still pending, please check box | [X] |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | [ ] |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | [ ] |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | [ ] |