# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** Diep X. Hoang | **COURT CASE NUMBER** 08C189 |
| **DEFENDANT** Abbott Laboratories, et al. | **TYPE OF PROCESS** S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Yat Sun Or

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Abbott Park Road, Abbott Park, Illinois 60064

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Diep X. Hoang

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*FILED MAR 07 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 02-26-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 11/11 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  Td | Date 02-26-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
NOT SERVED

Date of Service: 3/5/08   Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

One service fee charged same case + location. See process sheet #1 for charges.

**REMARKS:**
3/3/08 Not in current employee database. Per Karen Hale, Division Vice President Commercial Litigation
4:50 pm
3/5/08 No Yat Sun Or in SOS Soundex

3 hrs / 90 miles

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

DIEP X. HOANG
Plaintiff

SUMMONS IN A CIVIL CASE

V.

ABBOTT LABORATORIES et al

CASE NUMBER: 08C0189

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: JUDGE KENNELLY

MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

YAT SUN OR
100 Abbott Park Road
Abbott Park, Illinois 60064-3500
Telephone: 847-937-6100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 2/26/08

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 189 | DATE | 2/22/2008 |
| CASE TITLE | Hoang vs. Abbott Laboratories, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis is granted [4]. Plaintiff's motion for appointment of counsel is denied [5], as plaintiff has failed to state what he has done to attempt to find counsel on his own. The Marshal is appointed to serve the defendants with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process. The case is set for a status hearing on 4/30/08 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2103). If plaintiff fails to appear at that time, the case may be dismissed for want of prosecution.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | mk |
|---|---|---|---|

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 2/26/08

08C189 Hoang vs. Abbott Laboratories, Inc., et al.                              Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIEP X. HOANG, | ) | |
| | ) | No.: |
| Plaintiff, | ) | |
| | ) | 08CV189 |
| | ) | JUDGE KENNELLY |
| vs. | ) | MAG. JUDGE ASHMAN |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| KATHERINE GREEN, KENNETH A. WILSON, | ) | Jury Trial Demanded |
| MAURIZIO ACQUASALIENTE, | ) | |
| STEPHEN MONGTOMERY, ZHENKUN MA, | ) | |
| LY TAM PHAN, SUOMING ZHANG, | ) | |
| STEVAN W. DJURIC, YAT SUN OR, | ) | |
| SANJAY CHEMBURKAR | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S INVENTIONS COMPLAINT

Plaintiff Diep X. Hoang, for her Complaint against the Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar alleges as follows:

1. US Patent No. 6,667,338 titled "9-amino Erythromycin Derivatives with Antibacterial Activity" issued on December 23, 2003 with Zhenkun Ma, Ly Tam Phan, Suoming Zhang, and Stevan W. Djuric incorrectly listed as the joint inventors because it claims Diep Hoang's ideas.

2. Preparation of Lopinavir Crystal Form IV in US Patents No. 6,608,198 and US 6.864,369 titled "Crystalline Pharmaceutical" issued on August 19, 2003 and March 8, 2005 was clearly obvious because preparation of crystal form IV does not need seedling.

3. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

4. Diep Hoang's ideas on ABT-773 was taken and presented by Yat Sun Or on 39th ICAAC in 1999 at San Francisco, California and later ABT-773 was licensed and developed by Advanced Life Sciences without crediting Diep Hoang as the inventor. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

5. Maurizio Acquasaliente had worked on plaintiff's Erythromycin 9-oxime crystal forms inventions and won Scientist of the Year Award with stocks awarded. The process is being developed in Puerto Rico. Erythromycin 9-oxime crystal forms inventions should be patented and published due to Diep Hoang's reputational interest.

6. Stephen Montgomery nominated Clarithromycin group to win President's Award based on plaintiff's ideas and inventions. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

7. Someone gave out Diep Hoang's ideas using phosphates/phosphates as protecting groups to Theodora W. Greene and Peter G. M. Wuts in which Theodora W. Greene and Peter G. M. Wuts included these phosphates/phosphates ideas in 1999 in their book titled "Protective Groups in Organic Synthesis". This is unjust enrichment.

8. Stephen Montgomery wrote plaintiff's performance evaluation prohibiting plaintiff from working on plaintiff's ideas and inventions. This is a breach of employment contract. Therefore, Diep Hoang could not work on ideas and inventions for patents and publications. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

9. Katherine Green, Kenneth A. Wilson, and Maurizio Acquasaliente imprisoned plaintiff in Maurizio Acquasaliente's office three times and forced plaintiff to give up all of plaintiff's ideas and inventions while prohibiting plaintiff from working on plaintiff's inventions. This is a breach of employment contract. Therefore, Diep Hoang could not work on ideas and inventions for patents and publications. All ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest.

WHEREFORE, Plaintiff respectfully requests the damages Diep Hoang has suffered and such other relief as this Court deems equitable and proper.

Diep X. Hoang demands a trial by jury on all issues so triable.

Dated: January 09, 2008

Respectfully submitted,

s/ Diep X. Hoang
Diep X. Hoang
Plaintiff *pro se*
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208