**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 CV 189

DIEP X. HOANG

v.

ABBOTT LABORATORIES, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Abbott Laboratories, Inc., Katherine Green, Kenneth A. Wilson, Maurizio Acqasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric and Sanjay Chemburkar

| | |
|---|---|
| **NAME** (Type or print) | |
| Oscar L. Alcantara | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Oscar L. Alcantara | |
| **FIRM** | |
| GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD. | |
| **STREET ADDRESS** | |
| 55 E. Monroe Street, Suite 3300 | |
| **CITY/STATE/ZIP** | |
| Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 06215691 | 312.201.4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |