IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIEP X. HOANG, | ) |
|     Plaintiff, | ) Case No. 08CV189 |
| v. | ) Judge Matthew F. Kennelly |
| | ) Magistrate Judge Ashman |
| ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MAN, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, and SANJAY CHEMBURKAR, | ) |
|     Defendants. | ) |

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Diep X. Hoang ("Plaintiff"), *pro se*, and Defendants Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, and Sanjay Chemburkar (the "Served Defendants"), by their undersigned counsel, hereby move the Court for a 30-day extension of time for Served Defendants to file their response to the complaint, until Wednesday, April 23, 2008, and in support thereof state as follows:

1. Plaintiff served the complaint on the Served Defendants on March 3, 2008. The Served Defendants' answer or other response to the complaint is therefore due on Monday, March 24, 2008.

2. The Served Defendants require an additional thirty (30) days, until Wednesday, April 23, 2008, to investigate the complaint and to prepare their response.

3. Plaintiff has agreed to the Served Defendants' request for the extension of time.

4. This request for a 30-day extension of time is made in good faith, and not for the purpose of delay.

WHEREFORE, Defendants Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, and Sanjay Chemburkar respectfully request that this Honorable Court grant this agreed motion and extend the time for them to file their response to the complaint to April 23, 2008.

DIEP X. HOANG

ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, AND SANJAY CHEMBURKAR

By: /s/ Diep X. Hoang
Diep X. Hoang

By: /s/ Ann H. Chen
One of their Attorneys

Diep X. Hoang
2454 W. Gunnison St.
Chicago, IL 60625
(773) 878-1208

David E. Morrison
Oscar L. Alcantara
Ann H. Chen
Goldberg, Kohn, Bell, Black
    Rosenbloom & Moritz, Ltd.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Dated: March 19, 2008