IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIEP X. HOANG, | ) |
| Plaintiff, | ) Case No. 08CV189 |
| v. | ) Judge Matthew F. Kennelly |
| | ) Magistrate Judge Ashman |
| ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MAN, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, and SANJAY CHEMBURKAR, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Diep X. Hoang
      2454 W. Gunnison St.
      Chicago, IL 60625

**PLEASE TAKE NOTICE** that on Tuesday, March 25, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 of the United States District Court, Northern District of Illinois, Eastern Division, and then and there present AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, a copy of which is attached hereto.

DATED: March 19, 2008

Respectfully submitted,

ABBOTT LABORATORIES, et al.

By _/s/ Ann H-Chen_____
One of Its Attorneys

David E. Morrison
Oscar L. Alcantara
Ann H. Chen
Goldberg, Kohn, Bell, Black
    Rosenbloom & Moritz, Ltd.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
Phone: (312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 19, 2008, a copy of the foregoing MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT was caused to be served by regular mail to:

>Diep X. Hoang
>2454 W. Gunnison St.
>Chicago, IL 60625

_Ann H. Chen_
Ann H. Chen