IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DIEP X. HOANG,** ) | |
| ) | |
| Plaintiff, ) | Case No.  08 CV 189 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | Magistrate Judge Ashman |
| **ABBOTT LABORATORIES,** ) | |
| **KATHERINE GREEN, KENNETH A.** ) | |
| **WILSON, MAURIZIO** ) | |
| **ACQUASALIENTE, STEPHEN** ) | |
| **MONTGOMERY, ZHENKUN MA, LY** ) | |
| **TAM PHAN, SUOMING ZHANG,** ) | |
| **STEVAN W. DJURIC, YAT SUN OR,** ) | |
| **and SANJAY CHEMBURKAR,** ) | |
| ) | |
| Defendants. | |

### DEFENDANTS' MOTION TO DISMISS
### PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1)

Defendants Abbott Laboratories ("Abbott"), Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, and Sanjay Chemburkar ("Defendants"), by their undersigned counsel, respectively move the Court to dismiss "Plaintiff's Inventions Complaint" ("Complaint") of Plaintiff Diep Hoang ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1). In support thereof, Defendants state as follows:

1. Plaintiff files this Complaint alleging claims under the Patent Act, 35 U.S.C. § 1 *et seq.*, and state law claims of breach of employment contract and unjust enrichment, based on allegations arising from Plaintiff's former employment with Abbott. Plaintiff alleges that Defendants misappropriated her inventions and ideas and failed to credit her for those same inventions and ideas, or prohibited her from working on her ideas and inventions. Plaintiff also

challenges the validity of U.S. Patents Nos. 6,608,198 and 6,864,369, which are both owned by Abbott.

2.  As set forth in greater detail in the accompanying Memorandum of Law, the Complaint should be dismissed because Plaintiff's claims are barred under *res judicata*, for failure to state a claim upon which relief can be granted, and for lack of subject matter jurisdiction.

3.  Plaintiff's claims in paragraphs 1, 3-9 of her Complaint were previously litigated in *Hoang v. Abbott Laboratories, et al.*, No. 03 CV 2910 (N.D. Ill.) (Guzman, J.) (hereinafter "*Hoang I*").  The District Court in Hoang I entered Summary Judgment against Plaintiff based upon the same set of operative facts that underlie Plaintiff's current Complaint.  Plaintiff's current claims are, therefore, barred under the doctrine of *res judicata*.

4.  Additionally, Plaintiff's allegations of unjust enrichment in paragraph 7 of her Complaint should be dismissed as time-barred and for failure to state a claim.  Specifically, Hoang's allegation that "someone gave out" her ideas to third parties who then published them as their own in 1999 is barred by the applicable statute of limitations under Illinois law and otherwise fails to state a claims for which relief can be granted.

5.  Lastly, Plaintiff's challenge to the validity of patents owned by Abbott in paragraph 2 of her Complaint, fails for lack of subject matter jurisdiction because Hoang has not alleged the existence of a substantial case or controversy relating to the patents in question.

**WHEREFORE**, for the foregoing reasons, and for the reasons asserted in the accompanying Memorandum of Law, Defendants Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, and Sanjay Chemburkar respectfully request that this Court grant the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

DATED: April 23, 2008

                    Respectfully submitted,

                    ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, AND SANJAY CHEMBURKAR

                    By: __/s/ Ann H. Chen_____
                         One of Its Attorneys

Oscar L. Alcantara
David E. Morrison
Ann H. Chen
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 23, 2008, a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1)** was caused to be served by U.S. regular mail and electronic mail to:

>Diep X. Hoang
>2454 W. Gunnison St.
>Chicago, IL  60625
>dxh_07@yahoo.com

>    /s/ Ann H. Chen_____
>Ann H. Chen