IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DIEP X. HOANG,** | ) |
| Plaintiff, | ) Case No.  08 CV 189 |
| v. | ) Judge Matthew F. Kennelly |
|  | ) Magistrate Judge Ashman |
| **ABBOTT LABORATORIES, et al.,** | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:**  Diep X. Hoang
       2454 W. Gunnison St.
       Chicago, IL  60625

**PLEASE TAKE NOTICE** that on Wednesday, April 30, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any other judge sitting in his stead in Courtroom 2103, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. 12(b)(6) and 12(b)(1)**, a copy of which is attached and is hereby served upon you.

Dated: April 23, 2008          ABBOTT LABORATORIES, KATHERINE GREEN,
                               KENNETH A. WILSON, MAURIZIO ACQUASALIENTE,
                               STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM
                               PHAN, SUOMING ZHANG, STEVAN W. DJURIC, AND
                               SANJAY CHEMBURKAR

                               By     /s/ Ann H. Chen_____
                                    One of Its Attorneys

                               Oscar L. Alcantara
                               David E. Morrison
                               Ann H. Chen
                               GOLDBERG, KOHN, BELL, BLACK,
                                 ROSENBLOOM & MORITZ, LTD.
                               55 East Monroe Street, Suite 3300
                               Chicago, Illinois 60603
                               (312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 23, 2008, a copy of the foregoing **NOTICE OF MOTION OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1)** was caused to be served by U.S. regular mail and electronic mail to:

>Diep X. Hoang
>2454 W. Gunnison St.
>Chicago, IL  60625
>dxh_07@yahoo.com


    /s/ Ann H. Chen
Ann H. Chen