

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Apr 24, 2008
APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DIEP X. HOANG, | ) |
| Plaintiff, | ) No.: 08 CV 189 |
| vs. | ) Judge Matthew F. Kennelly |
| | ) Magistrate Judge Ashman |
| ABBOTT LABORATORIES, INC., KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONGTOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, SANJAY CHEMBURKAR | ) Jury Trial Demanded |
| Defendants. | ) |

### NOTICE OF FILING

To:   Oscar L. Alcantara, David E. Morrison, Ann H. Chen
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

PLEASE TAKE NOTE THAT on the 24th day of April 2008, I filed with the Clerk of the Court PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED INVENTIONS COMPLAINT, a copy of which is attached and hereby served upon you.

Diep X. Hoang
Plaintiff *pro se*

Diep X. Hoang
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208

## VERIFICATION AND CERTIFICATE OF SERVICE

Diep X. Hoang, *pro se*, certifies that she caused a copy of PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED INVENTIONS COMPLAINT to be served on defendants via first class mail, postage pre-paid addressed as listed below on this 24th day of April, 2008. Furthermore, plaintiff certifies that the information provided in this statement is true and complete. In the event there is any change with respect to any entry on this statement, plaintiff understands that plaintiff shall have a continuing obligation to file an amended statement on the prescribed form.

Oscar L. Alcantara
David E. Morrison
Ann H. Chen
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
  (312) 201-4000

_____
Diep X. Hoang
Plaintiff *pro se*

Diep X. Hoang
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 2 4 2008
Apr 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DIEP X. HOANG, | ) |
| | ) No.: 08 CV 189 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Matthew F. Kennelly |
| vs. | ) |
| | ) Magistrate Judge Ashman |
| | ) |
| ABBOTT LABORATORIES, INC., | ) |
| KATHERINE GREEN, KENNETH A. WILSON, | ) Jury Trial Demanded |
| MAURIZIO ACQUASALIENTE, | ) |
| STEPHEN MONGTOMERY, ZHENKUN MA, | ) |
| LY TAM PHAN, SUOMING ZHANG, | ) |
| STEVAN W. DJURIC, YAT SUN OR, | ) |
| SANJAY CHEMBURKAR | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED INVENTIONS COMPLAINT

Plaintiff Diep X. Hoang, for her Complaint against the Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar alleges as follows:

1.  US Patent No. 6,667,338 titled "9-amino Erythromycin Derivatives with Antibacterial Activity" issued on December 23, 2003 with Zhenkun Ma, Ly Tam Phan, Suoming Zhang, and Stevan W. Djuric incorrectly listed as the joint inventors based on Diep Hoang's ideas. There should be a correction of inventorship and a declaratory judgment of inventorship.

2.  Preparation of Lopinavir Crystal Form IV in US Patents No. 6,608,198 and US 6,864,369 titled "Crystalline Pharmaceutical" issued on August 19, 2003 and March 8, 2005 was clearly obvious because preparation of crystal form IV does not need seedling was discovered by plaintiff.

3.  Diep Hoang's ideas on ABT-773 was taken and presented by Yat Sun Or on 39th ICAAC in 1999 at San Francisco, California and later ABT-773 was licensed and developed by Advanced Life Sciences without crediting Diep Hoang as the inventor. This is unjust enrichment.

4.  Maurizio Acquasaliente had worked on plaintiff's Erythromycin 9-oxime crystal forms inventions and won Scientist of the Year Award with stocks awarded. The process is being developed in Puerto Rico. This is unjust enrichment.

5. Stephen Montgomery nominated Clarithromycin group to win President's Award based on plaintiff's ideas and inventions. This is unjust enrichment.

6. Someone gave out Diep Hoang's ideas using phosphates/phosphites as protecting groups to Theodora W. Greene and Peter G. M. Wuts in which Theodora W. Greene and Peter G. M. Wuts included these phosphates/phosphites ideas in 1999 in their book titled "Protective Groups in Organic Synthesis". This is unjust enrichment.

7. Stephen Montgomery wrote plaintiff's performance evaluation prohibiting plaintiff from working on plaintiff's ideas and inventions. This is a breach of employment contract because of "hired to invent."

8. Katherine Green, Kenneth A. Wilson, and Maurizio Acquasaliente imprisoned plaintiff in Maurizio Acquasaliente's office three times and forced plaintiff to give up all of plaintiff's ideas and inventions while prohibiting plaintiff from working on plaintiff's inventions. This is a breach of employment contract because of "hired to invent."

9. This inventions complaint is continuation of case No. 03 C 2910 in which plaintiff initiated a "Motion to Protect Diep Hoang's Discoveries and Inventions" filed in April 2003. Therefore, this case falls within the five-year statute of limitations under Illinois law.

10. Furthermore, all ideas and inventions of Diep Hoang should be patented and published due to Diep Hoang's reputational interest as a scientist. See *Chou v. University of Chicago*, 59 USPQ2d 1257 (Fed. Cir. 2001). Abbott awards patents to scientists. Please see exhibit A.

11. Plaintiff has been looking for a representative Counsel for this case.

WHEREFORE, Plaintiff respectfully requests the damages Diep Hoang has suffered and such other relief as this Court deems equitable and proper.

Diep X. Hoang demands a trial by jury on all issues so triable.

Dated: April 24, 2008

Respectfully submitted,

*Diep Hoang*
Diep X. Hoang
Plaintiff *pro se*
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208



# Abbott



Exhibit A
Diep Hoang 4/24/08

Select a Country | Site Map | Contact Us

Enter Search

**Home**
**About Abbott**
**Products**
**Science**
**Global Citizenship**
**Careers**
**News & Media**
  Press Releases
  Features
  Fact Sheets
  Media Contacts
  Rankings, Ratings & Awards
  Newsfeeds
  Set Up E-mail Alerts
**Investor Relations**
**Global Licensing**

## Press Release

### Abbott Named Among The Best Places to Work for Scientists

Abbott Park, Illinois, May 16, 2007 — Abbott was recently named among *The Scientist* magazine's "Best Places to Work in Industry" for the fifth year in a row. This prestigious list is based on a detailed survey of scientists at a cross-section of companies and research institutions nationwide.

"At Abbott, we take great pride in this continued recognition from *The Scientist*," said John Leonard, M.D., vice president, Global Pharmaceutical Research and Development, Abbott. "Being a top employer for scientists helps us remain competitive and continue to recruit the best talent."

At Abbott, scientists ranked the company the highest in training and development opportunities and in benefits. Scientists at Abbott are given opportunities to succeed in their careers through management training programs, online mentoring tools and networking groups.

"This year's results again indicate that strong leadership and a sense of personal satisfaction are essential ingredients for a healthy work environment," said Richard Gallagher, editor and publisher, *The Scientist*. "We are pleased to be able to provide the results of this survey to our readers for the fifth consecutive year."

Respondents were asked to assess their working environment according to 45 criteria in eight different categories, including the efficacy of internal communications, quality of the research environment, and opportunities for training and development. *The Scientist's* May issue features detailed survey results and rankings of the top 15 large (more than 4,000 employees) and 15 small (4,000 employees or less) institutions and are available on *The Scientist* Web site at www.the-scientist.com.

### Recognition for Scientists

Abbott scientists are rewarded through Chairman's awards, President's awards, patent/inventor awards and induction into the prestigious Volwiler Society, which was established in 1985 to recognize the company's most distinguished scientists and engineers. Named for the late Ernest H. Volwiler, Ph.D., an internationally recognized scientist and former Abbott president and chairman of the board, the society encourages professional growth, and constant pursuit of innovation and scientific discovery.

### About *The Scientist*

*The Scientist*, the magazine of the life sciences, has informed and entertained life science professionals around the world for the past 20 years. The magazine provides print and online coverage of the latest developments in the life sciences including trends in research, new technology, news, business and careers - all from the viewpoint of the scientists themselves. *The Scientist* reaches the leading researchers in academia and industry that are interested in maintaining a broad view of the life sciences by reading insightful articles that are current, concise, accurate and entertaining. For more information about *The Scientist*, visit www.the-scientist.com.

### About Abbott

In addition to being recognized among the country's best employers for scientists, Abbott has been named to the Top 10 among the "50 Best Places to Launch a Career" by *BusinessWeek* magazine. Abbott also earned recognition as one of the Top 10 companies on *Working Mother* magazine's list of the "100 Best Companies for Working Mothers" in 2006. Abbott has recently been named to the "Best Companies for Adoption" list by The Dave Thomas Foundation, and *FORTUNE* has also repeatedly recognized Abbott as one of the "Best Companies for Minorities" and as one of "America's Most Admired Companies" every year since the list's inception in 1983.

Abbott is a global, broad-based health care company devoted to the discovery, development, manufacture and marketing of pharmaceuticals and medical products, including nutritionals, devices and diagnostics. The company employs 65,000 people and markets its products in more than 130 countries.

Media:
Julie Herlocker (847) 936-6116