# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 189 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Hoang vs. Abbott | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/9/2008 at 9:30 AM. Motion to dismiss is converted to motion for summary judgment. Plaintiff's response to motion for summary judgment is due 5/30/2008. Motion to file amended complaint is granted. Pending motion to dismiss will stand as to the amended complaint.

00:08

| | Courtroom Deputy Initials: | OR |
|---|---|---|