**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 189 |

DIEP X. HOANG

V.

ABBOTT LABORATORIES, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Yat Sun Or

| NAME (Type or print) |
| --- |
| David E. Morrison |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David E. Morrison |
| FIRM |
| Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd |
| STREET ADDRESS |
| 55 E. Monroe Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06217225 | 312.201.4000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐