IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DIEP X. HOANG,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 08 CV 189 |
| | ) |
| v. | ) **Judge Matthew F. Kennelly** |
| | ) **Magistrate Judge Ashman** |
| **ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, and SANJAY CHEMBURKAR,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT YAT SUN OR'S JOINDER TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1) AS CONVERTED TO A <u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Yat Sun Or, by his attorneys Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., hereby joins the arguments set forth in Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) filed April 23, 2008 and converted by this Court to a Motion for Summary Judgment on April 30, 2008.

DATED: May 13, 2008

                Respectfully submitted,

                YAT SUN OR,


                By:   /s/ David E. Morrison
                    One of Its Attorneys

Oscar L. Alcantara
David E. Morrison
Ann H. Chen
GOLDBERG, KOHN, BELL, BLACK,

-2-

ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 13, 2008, a copy of the foregoing **DEFENDANT YAT SUN OR'S JOINDER TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1) AS CONVERTED TO A MOTION FOR SUMMARY JUDGMENT** was caused to be served by U.S. regular mail and electronic mail to:

>Diep X. Hoang
>2454 W. Gunnison St.
>Chicago, IL 60625
>dxh_07@yahoo.com


>  /s/ David E. Morrison_____
>David E. Morrison