MHN

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Diep X. Hoang | 08C189 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Abbott Laboratories, Inc., et al. | Alias S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Yat Sun Or

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Enanta Pharmaceuticals, Inc. 500 Arsenal Street, Watertown, MA 02472

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Diep X. Hoang
2454 W. Gunnison Street
Chicago, IL 60625

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
5-15-2008
MAY 15 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 04-28-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 24 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 04-28-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
ANDREA RAINBOW - Exec Asst

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 5/7/08 | 10:50 | am (circled) / pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 8.08 | 1.41 | 54.49 / 53.00 | 0 | 54.49 / 0 |

REMARKS:

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DIEP X. HOANG

Plaintiff

**SUMMONS IN A CIVIL CASE**

ALIAS

v.

CASE NUMBER: 08-CV-189

ASSIGNED JUDGE: Matthew F. Kennelly

ABBOTT LABORATORIES et al.

DESIGNATED MAGISTRATE JUDGE: Ashman

RECEIVED 2008 APR 28 PM 5:05 UNITED STATES MARSHAL NORTHERN DIST. OF IL. ADMINISTRATIVE SECTION

TO: (Name and address of Defendant)

YAT SUN OR
Enanta Pharmaceuticals, Inc.
500 Arsenal Street
Watertown, MA 02472    phone # 617-607-0800

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DIEP X. HOANG
2454 W. Gunnison Street
Chicago, Illinois 60625

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

APR 2 4 2008

(By) DEPUTY CLERK                    DATE