IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIEP X. HOANG, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, INC., <br> KATHERINE GREEN, KENNETH A. WILSON, <br> MAURIZIO ACQUASALIENTE, <br> STEPHEN MONGTOMERY, ZHENKUN MA, <br> LY TAM PHAN, SUOMING ZHANG, <br> STEVAN W. DJURIC, YAT SUN OR, <br> SANJAY CHEMBURKAR <br><br> Defendants. | No.: 08 CV 189 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Ashman <br><br> Jury Trial Demanded |

FILED
MAY 30 2008
MAY 30 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To:   Oscar L. Alcantara, David E. Morrison, Ann H. Chen
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

PLEASE TAKE NOTE THAT on the 30th day of May 2008, I filed with the Clerk of the Court **PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**, a copy of which is attached and hereby served upon you.

_____
Diep X. Hoang
Plaintiff *pro se*

Diep X. Hoang
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208

## VERIFICATION AND CERTIFICATE OF SERVICE

Diep X. Hoang, *pro se*, certifies that she caused a copy of **PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT** to be served on defendants via first class mail, postage pre-paid addressed as listed below on this 30th day of May, 2008. Furthermore, plaintiff certifies that the information provided in this statement is true and complete. In the event there is any change with respect to any entry on this statement, plaintiff understands that plaintiff shall have a continuing obligation to file an amended statement on the prescribed form.

Oscar L. Alcantara
David E. Morrison
Ann H. Chen
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
 (312) 201-4000

_____
Diep X. Hoang
Plaintiff *pro se*

Diep X. Hoang
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIEP X. HOANG, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, INC., <br> KATHERINE GREEN, KENNETH A. WILSON, <br> MAURIZIO ACQUASALIENTE, <br> STEPHEN MONGTOMERY, ZHENKUN MA, <br> LY TAM PHAN, SUOMING ZHANG, <br> STEVAN W. DJURIC, YAT SUN OR, <br> SANJAY CHEMBURKAR <br><br> Defendants. | No.: 08 CV 189 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Ashman <br><br> Jury Trial Demanded <br><br> F I L E D <br> May 30, 2008 <br> MAY 3 0 2008  JH <br><br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

## PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Diep Hoang, In Propria Persona, and files this her RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, against Defendants, Abbott Laboratories et. al., and would show unto the Court the following:

1. Court appointed counsel Gregory N. Kazarian who had experience with patent law but he refused to represent plaintiff due to the fact that he owned Abbott stocks.
2. Court appointed counsel David Alan Boonstra was not a patent attorney so he could not help plaintiff with the patent inventions lawsuit. He later changed to another law firm and there was a conflict of interest with the new law firm so he could no longer represent plaintiff.
3. Court appointed counsel Richard P. Tauras was not a patent attorney so he could not help plaintiff with the patent inventions lawsuit. Furthermore, he refused to move the discrimination case forward because he refused to name an important defendant in the lawsuit.
4. Court appointed counsel Gregory Harvey Andrews was not a patent attorney and his law firm did not do patent law so he could not help plaintiff with the patent inventions lawsuit. He later changed to another law firm and there was a conflict of interest with this new law firm due to the fact that this law firm had done some patent lawsuits for Abbott before so he could no longer represent plaintiff.
5. This inventions complaint is continuation of case No. 03 C 2910 in which plaintiff initiated a "Motion to Protect Diep Hoang's Discoveries and Inventions" filed in April 2003. Therefore, this case still falls within the five-year statute of limitations under Illinois law.

For the foregoing reasons, plaintiff Diep Hoang respectfully requests that this Court enter an order dismissing the motion for summary judgment.

Dated: May 30th, 2008

Respectfully submitted,

*Diep Hoang*

Diep X. Hoang
Plaintiff *pro se*
2454 W. Gunnison Street
Chicago, Illinois 60625
Telephone: 773-878-1208