**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Diep X. Hoang,<br>v.<br>Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar. | Case Number: 08 CV 189 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar

| | |
|---|---|
| NAME (Type or print)<br>Kerry Donovan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kerry Donovan | |
| FIRM<br>Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. | |
| STREET ADDRESS<br>55 E. Monroe St., 3300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60609 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6292717 | TELEPHONE NUMBER<br>(312) 863-7127 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |