IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DIEP X. HOANG,** ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 189 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | Magistrate Judge Ashman |
| **ABBOTT LABORATORIES,** ) | |
| **KATHERINE GREEN, KENNETH A.** ) | |
| **WILSON, MAURIZIO** ) | |
| **ACQUASALIENTE, STEPHEN** ) | |
| **MONTGOMERY, ZHENKUN MA, LY** ) | |
| **TAM PHAN, SUOMING ZHANG,** ) | |
| **STEVAN W. DJURIC, YAT SUN OR,** ) | |
| **and SANJAY CHEMBURKAR,** ) | |
| ) | |
| Defendants. | |

### DEFENDANTS' MOTION TO WITHDRAW
### APPEARANCE OF ANN H. CHEN

Defendant Abbott Laboratories ("Abbott"), Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar's (collectively "Defendants") by its undersigned counsel, hereby move this Court for leave to withdraw the appearance of Ann H. Chen. In support of its motion, Defendants state as follows:

1. Ann H. Chen previously filed her appearance on behalf of Defendants.

2. Ms. Chen is no longer employed by Defendants' Counsel, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. Accordingly, Defendants requests that Ms. Chen's appearance be withdrawn.

WHEREFORE, Defendants Abbott Laboratories, Katherine Green, Kenneth A. Wilson, Maurizio Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan,

-2-

Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar, respectfully request this Honorable Court enter an order providing that the appearance of Ann H. Chen be withdrawn.

Dated:  July 14, 2008

Respectfully submitted,

ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR AND SANJAY CHEMBURKAR


By:  /s/ Kerry K. Donovan
       One of Their Attorneys

Oscar L. Alcantara
David E. Morrison
Kerry K. Donovan
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000