IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DIEP X. HOANG,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 189 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Ashman |
| **ABBOTT LABORATORIES, KATHERINE GREEN, KENNETH A. WILSON, MAURIZIO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, and SANJAY CHEMBURKAR,** | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## NOTICE OF MOTION

TO:  Diep X. Hoang
2454 W. Gunnison St.
Chicago, IL  60625
dxh_07@yahoo.com

　　　　PLEASE TAKE NOTICE that on July 22, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendants' Motion to Withdraw Ann H. Chen,** a copy of which is attached hereto.

Dated:  July 14, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ABBOTT LABORATORIES, KATHERINE
　　　　　　　　　　　　　　　　　　GREEN, KENNETH A. WILSON, MAURIZIO
　　　　　　　　　　　　　　　　　　ACQUASALIENTE, STEPHEN MONTGOMERY,
　　　　　　　　　　　　　　　　　　ZHENKUN MA, LY TAM PHAN, SUOMING
　　　　　　　　　　　　　　　　　　ZHANG, STEVAN W. DJURIC, YAT SUN OR
　　　　　　　　　　　　　　　　　　AND SANJAY CHEMBURKAR

　　　　　　　　　　　　　　　　　　By:  /s/ Kerry K. Donovan

-2-

                                                  One of Their Attorneys

Oscar L. Alcantara  
David E. Morrison  
Kerry K. Donovan  
GOLDBERG KOHN BELL BLACK  
  ROSENBLOOM & MORITZ, LTD.  
55 East Monroe Street  
Suite 3300  
Chicago, Illinois 60603  
(312) 201-4000

-3-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 14, 2008 she caused a copy of **Defendants' Motion to Withdraw Ann H. Chen** to be served via U.S. mail and electronic upon the following:

>Diep X. Hoang
>2454 W. Gunnison St.
>Chicago, IL  60625
>dxh_07@yahoo.com

>/s/ Kerry K. Donovan
>Kerry K. Donovan