# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 189 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Diep X. Hoang vs. Abbott Laboratories, et. Al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to withdraw the appearance of Ann H. Chen is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|